Ertis Pratt
LC Play inc./LaQue
Re: Final Invoice for additional services as per contract
Invoice # 9129-48
VIA EMAIL
September 23, 2005


**DEFENDANT'S EXHIBIT**
E-Id
10-9-07

Ertis,
Below please find invoice for the additional services provided to you, LC Play Inc. and LaQue as outlined within our contractual agreement. These services were not covered by the duties listed. These services were provided during the photo shoot for the Spring 2006 Ad Campaign.

**Please remit for payment. Please make check payable to:**
Ronnie H. Padmore.
4520 Clinton St. #103
Los Angeles, CA 90004

---

**Invoice # 9129-48**
**Client: Ertis Pratt/LC Play Inc./LaQue**
Project(s): Spring 2006 Ad Campaign Photo Shoot

Date: Thursday, August 11, 2005
**Payment : $15,650.00 Fees and Expenses**

---

Wardrobe Styling: $8000.00
Space Rental: $2500.00 (Model castings, grooming and production meetings)
Room & Board: $1400.00 (Your employee Kim Wilson)
Finders Fee: $3000.00 (All talent involved in photo shoot)
Cell phone: $500.00
Gas and Transportation: $250.00
**Total Due: $15,650.00**
Payable to: RONNIE H. PADMORE

10/6/2006